UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br><br>vs.<br><br>1493 cases, more or less, of an<br>article of food, each case containing<br>12/1 kilogram unlabeled plastic bags<br>of frozen shrimp, labeled in part:<br><br>(case)<br><br>"***FROZEN PEELED SHRIMP<br>UNCOOKED (I.Q.F.)***TAIZHOU<br>ZHONGHUAN MARINE PRODUCTS<br>CO. LTD., ZHEJIANG, CHINA***<br>SIZE 100 200***N.W. 12 KG***",<br>　　Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*    CIVIL ACTION Nº. B-95-017 |

## ORDER OF DISMISSAL

On today's date, this Court considered the United States of America's Motion to Dismiss the referenced action. Having reviewed the file, noting representations of counsel and noting that the United States Marshal Service has destroyed the seized property at issue in accordance with this Court's January 9, 1998 order, this Court finds that the motion should be granted.

THEREFORE, IT IS ORDERED, that this case be DISMISSED. Costs are to be assessed as delineated in the Consent Decree for Condemnation and Destruction entered on January 9, 1998.

SIGNED on this the 2nd day of December, 1998 in Brownsville Texas.

_____
STEWART NEWBLATT
United States District Judge
Acting as Ass[igned] [Judge]